HARVEY P. SACKETT

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| WAYLAND D. JAMES, | ) | No.: 4:12-cv-05925 KAW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER FOR |
| | ) | DISMISSAL |
| CAROLYN W. COLVIN,[1] | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

---

[1]     Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION AND ORDER FOR DISMISSAL

1  MELINDA L. HAAG
  United States Attorney
2
3
4
5 Dated: April 19, 2013  /s/
  ANNABELLE J. YANG
6  Special Assistant U.S. Attorney
  Social Security Administration
7  Attorney for the Defendant
8
9
10
 Dated:  April 19, 2013  /s/
11  HARVEY P. SACKETT
  Attorney for Plaintiff
12  WAYLAND D. JAMES
13
14 IT IS SO ORDERED.
15
16 Dated:  4/19/13
17  HON. KANDIS A. WESTMORE
  United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER FOR DISMISSAL